AO 440 (Rev. 10/93) Summons in a Civil Action

**RETURN OF SERVICE**

SERVICE OF: **SUMMONS & COMPLAINT**
EFFECTED (1) BY ME: **NUNO VEIGA**
TITLE: **PROCESS SERVER** DATE: **04/21/2006 03:23PM**

---

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

AVAYA INC.

Place where served:

211 MOUNT AIRY ROAD   BASKING RIDGE NJ 07920

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

LEUANNE DEROSE

Relationship to defendant: AUTHORIZED AGENT

Description of person accepting service:

SEX: F__ AGE: 36-50__ HEIGHT: 5'4"-5'8"__ WEIGHT: 131-160 LBS.__ SKIN: WHITE__ HAIR: BROWN__ OTHER: ____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

---

**STATEMENT OF SERVER**

TRAVEL $ _____.___       SERVICES $ _____.___       TOTAL $ _____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 04 / 24 / 20 06                          _____ L.S.
                                             SIGNATURE OF NUNO VEIGA
                                          GUARANTEED SUBPOENA SERVICE, INC.
                                                  2009 MORRIS AVENUE
                                                    UNION, NJ 07083

ATTORNEY:   TODD C. BANK, ESQ.
PLAINTIFF:  HAROLD BONIME
DEFENDANT:  AVAYA INC.
VENUE:      DISTRICT NY
DOCKET:     CV 06 1630

JACKELINE GONZALEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec. 7, 2010

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.